IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THARON HILL,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BOARD OF PRISON HEARINGS,<br><br>　　　　　　Respondent. | No. C 07-5175 MMC (PR)<br><br>[PROPOSED] ORDER |

   This Court considered Respondent's Request for an Extension of Time to Respond to Petition and good cause appearing,

   IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time to Respond to Petition is **GRANTED**; Respondent shall file a response to the Petition by **September 9, 2008**. If Petitioner wants to respond, he shall file his response within thirty days after Respondent's motion or answer is filed.

Dated: July 11, 2008

*MAXINE M. CHESNEY*
United States District Judge