# EXHIBIT 2

Case 3:07-cv-05175-MMC	Document 6-4	Filed 09/09/2008	Page 1 of 3



Butte County
Superior Court

FILED JUN 04 2007

Sharol Strickland Clerk
By _____ Deputy

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF BUTTE

In the Matter of the Application )
of )
) CASE NO.: 096061
Tharon Hill )
) Order Denying Petition Or
) Transferring Petition
For Writ of Habeas Corpus )
)

The Petition for Writ of Habeas Corpus filed **May 21, 2007** has been read and considered.
(Date)

✓ (1) The Writ of Habeas Corpus is denied for the following reason:

___ The vague, unsupported, and conclusionary allegations contained in the Petition are insufficient to allow for intelligent consideration of the issues which petitioner had attempted to raise. (In re: Swain (1949) 34 Cal.2D 300; In re Patton 1918) 178 Cal. 629).

✓ Petitioner has failed to establish a prima facie case for relief on habeas corpus (In re Lawler 23 Cal. 3rd 190, 194).

___ Petitioner is required to exhaust administrative remedies before seeking relief in the courts. (In re Muszalski (1975) 52 Cal. App. 3D 500).

___ Petitioner has available remedies at law that have not been exhausted.

CC: Deft

____ Because it has not been adequately established in the moving papers that there has been a change in the applicable law or the facts, the court will not consider repeated applications for habeas corpus presenting claims previously rejected.

____ The court will not consider newly presented grounds for relief that were known, or should have been known, to petitioner at the time of a prior writ previously denied (In re Drew 188 Cal. 717, 722 and In re Clark 5 Cal 4th 750, 768).

____ Undue delay. Petitioner is required to explain and justify any significant delay in seeking habeas corpus relief (In re Clark 5 Cal. 4th 750, 764).

____ Failure to raise issue on appeal. In absence of special circumstances constituting an excuse for failure to employ that remedy, a writ will not lie where the claimed errors could have been, but were not, raised upon a timely appeal from a judgment of conviction (In re Walker 10 Cal. 3rd 764, 773 and In re Clark 5 Cal. 4th 750, 765).

____ Issues resolved on appeal cannot be reconsidered on habeas corpus. (See In re Waltreus (1965) 62 Cal.2d 218, 225.)

____ The circumstances described to support the request for issuance of the writ have changed, thereby rendering the petition moot.

____ Other

_____

_____

____ (2) This Matter is transferred to the Superior Court of _____ County. The Court finds that to be the appropriate jurisdiction for the above-mentioned writ in that the petitioner is confined in _____ County or the circumstances upon which this writ is based arise out of _____ County (see Griggs v. Superior Court, 16 Cal. 3D 341).

Date: 6/4/07

_____
Superior Court Judge