# EXHIBIT 4

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
## THIRD APPELLATE DISTRICT

# FILED

JUL 1 2 2007

COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT

BY_____ Deputy

In re THARON B. HILL on Habeas Corpus.

C055955
County No.

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated:  July 12, 2007

DAVIS, Acting P.J.

--------------------------------

cc: See Mailing List

IN THE

# Court of Appeal of the State of California

## IN AND FOR THE
## THIRD APPELLATE DISTRICT

MAILING LIST

Re:    In re THARON B. HILL on Habeas Corpus.
        C055955

Copies of the attached document have been sent to the individuals checked below:

Tharon B. Hill
CDC:D-87967
San Quentin State Prison
San Quentin, CA 94974

Office of the State Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550