# EXHIBIT 6

ORIGINAL FOR DCA RECORD

Court of Appeal, Third Appellate District - No. C055955
S154561

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re THARON B. HILL on Habeas Corpus

The petition for review is denied.

Writ Panel: Davis, J.
Robie, J.
Butz, J.

SUPREME COURT
FILED

SEP 2 5 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
Chief Justice

RECEIVED

SEP 2 8 2007

Clerk, Court of Appeal
Third Appellate District