United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THARON HILL,                              )      No. C 07-5175 MMC (PR)
                                          )
          Petitioner,                     )      **ORDER DIRECTING PARTIES TO**
                                          )      **FILE SUPPLEMENTAL BRIEFS**
     v.                                   )
                                          )
BOARD OF PRISON HEARINGS,                 )
                                          )
          Respondent.                     )
_____          )

On October 9, 2007, petitioner, a California prisoner incarcerated at San Quentin State

Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254, challenging a 2006 decision by the California Board of Prison

Hearings ("Board") to deny petitioner parole.  Respondent has filed an answer to the petition

and petitioner has filed a traverse.

A recent decision from the Ninth Circuit addresses important issues relating to federal

review of parole decisions.  See Hayward v Marshall, No. 06-55392, 2010 WL 1664977 (9th

Cir. April 22, 2010) (en banc).  Consequently, the parties will be directed to file

supplemental briefs setting forth their respective views as to the effect, if any, of the

Hayward en banc decision on the Court's determination of the instant petition.

1    Accordingly, the Court hereby sets the following briefing schedule:

2    1.  No later than **ten days from the date this order is filed,** respondent shall send to

3    petitioner a copy of the <u>Hayward</u> <u>en banc</u> decision.

4    2.  No later than **twenty days from the date this order is filed,** respondent shall file

5    and serve on petitioner a supplemental brief addressing the impact of <u>Hayward</u> on the instant

6    action.

7    3.  No later than **twenty days from the date respondent's supplemental brief is**

8    **filed,** petitioner shall file and serve on respondent either a supplemental brief addressing the

9    impact of <u>Hayward</u> on the instant action or a notice that he does not intend to file such a

10   brief.

11   4.  The parties' respective supplemental briefs shall not exceed <u>fifteen pages</u> in length.

12   5.  The matter will be deemed submitted on the date petitioner's supplemental brief is

13   due.  No extensions of time will be granted to file the supplemental briefs absent a showing

14   of exceptional circumstances.

15   IT IS SO ORDERED.

16   DATED: May 20, 2010

17   _____
     MAXINE M. CHESNEY
18   United States District Judge