IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THARON HILL,

        Petitioner,

  v.

BOARD OF PRISON HEARINGS,

        Respondent.
                                         /

No. CV-07-5175 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby DISMISSED, both as moot and by reason of petitioner's failure to comply with the Court's order.


Dated: June 9, 2010                                                    Richard W. Wieking, Clerk

                                                                                    By: <u>Tracy Lucero</u>
                                                                                    <u>Deputy Clerk</u>